UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA

v.                                    NO. 4:07CR00137-WRW

**MICHAEL DEWAYNE MORRIS**

### DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant.

JANE DUKE
United States Attorney

*/s/ Linda B. Lipe*
LINDA B. LIPE
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600

Leave of Court is granted this 1st day of July, 2008 for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE